# Exhibit D

Electronically Filed by Superior Court of California, County of Orange, 12/20/2022 05:06:00 PM.
30-2022-01292974-CU-PO-CJC - ROA # 9 - DAVID H. YAMASAKI, Clerk of the Court By M. Johnson, Deputy Clerk
Case 8:23-cv-00010-CJC-DFM Document 1-4 Filed 01/04/23 Page 2 of 5 Page ID #:59

CIV-110

| ATTORNEY OR PARTY WITHOUT ATTORNEY (Name, State Bar number, and address): | FOR COURT USE ONLY |
|---|---|
| Michael Jeandron (SBN 296429)<br>ROBERTS | JEANDRON LAW<br>4440 Von Karman Avenue, Suite 350<br>Newport Beach, CA 92660<br>TELEPHONE NO.: (949) 719-6885  FAX NO. (Optional): (949) 719-6881<br>E-MAIL ADDRESS (Optional): michael@rjinjurylaw.com<br>ATTORNEY FOR (Name): Plaintiffs Andrea Mallul and Zenobia Mallul | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS: (same)
CITY AND ZIP CODE: Santa Ana, 92701
BRANCH NAME: Central Justice Center

PLAINTIFF/PETITIONER: Andrea Mallul, et al.
DEFENDANT/RESPONDENT: The Walt Disney Company, et al.

**REQUEST FOR DISMISSAL**

CASE NUMBER: 30-2022-01292974-CU-PO-CJC

A conformed copy will not be returned by the clerk unless a method of return is provided with the document.

This form may not be used for dismissal of a derivative action or a class action or of any party or cause of action in a class action. (Cal. Rules of Court, rules 3.760 and 3.770.)

1. TO THE CLERK: Please **dismiss** this action as follows:
   a. (1) ☐ With prejudice    (2) ☒ Without prejudice
   b. (1) ☒ Complaint    (2) ☐ Petition
      (3) ☐ Cross-complaint filed by (name):                                          on (date):
      (4) ☐ Cross-complaint filed by (name):                                          on (date):
      (5) ☐ Entire action of all parties and all causes of action
      (6) ☒ Other (specify):* Plaintiff's Complaint as to The Walt Disney Company, a Delaware corporation; and Disneyland International, a California Corporation ONLY

2. (Complete in all cases except family law cases.)
   The court ☐ did  ☒ did not waive court fees and costs for a party in this case. (This information may be obtained from the clerk. If court fees and costs were waived, the declaration on the back of this form must be completed).

Date: December 20, 2022

Hellay Taherian
_____
(TYPE OR PRINT NAME OF  ☒ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)

*If dismissal requested is of specified parties only of specified causes of action only, or of specified cross-complaints only, so state and identify the parties, causes of action, or cross-complaints to be dismissed.

Attorney or party without attorney for:
☒ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross–Complainant

**TO THE CLERK:** Consent to the above dismissal is hereby given.**
Date:

_____
(TYPE OR PRINT NAME OF  ☐ ATTORNEY  ☐ PARTY WITHOUT ATTORNEY)

(SIGNATURE)

** If a cross-complaint – or Response (Family Law) seeking affirmative relief – is on file, the attorney for cross-complainant (respondent) must sign this consent if required by Code of Civil Procedure section 581 (i) or (j).

Attorney or party without attorney for:
☐ Plaintiff/Petitioner    ☐ Defendant/Respondent
☐ Cross–Complainant

(To be completed by clerk)

4. ☒ Dismissal entered as requested on (date): 12/20/2022
5. ☐ Dismissal entered on (date):                                    as to only (name):
6. ☐ Dismissal **not entered** as requested for the following reasons (specify):

7. a. ☐ Attorney or party without attorney notified on (date):
   b. ☐ Attorney or party without attorney not notified. Filing party failed to provide
      ☐ a copy to be conformed    ☐ means to return conformed copy

Date: 12/20/2022                    Clerk, by _____ M Johnson _____, Deputy

DAVID H. YAMASAKI, Clerk of the Court                                        M. Johnson

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CIV-110 [Rev. Jan. 1, 2013]

**REQUEST FOR DISMISSAL**

Code of Civil Procedure, § 581 et seq.;
Gov. Code, § 68637(c); Cal. Rules of Court, rule 3.1390
www.courts.ca.gov

CIV-110

| PLAINTIFF/PETITIONER: Andrea Mallul, et al.<br>DEFENDANT/RESPONDENT: The Walt Disney Company, et al. | CASE NUMBER:<br>30-2022-01292974-CU-PO-CJC |
|---|---|

**COURT'S RECOVERY OF WAIVED COURT FEES AND COSTS**
If a party whose court fees and costs were initially waived has recovered or will recover $10,000 or more in value by way of settlement, compromise, arbitration award, mediation settlement, or other means, the court has a statutory lien on that recovery. The court may refuse to dismiss the case until the lien is satisfied. (Gov. Code, § 68637.)

## Declaration Concerning Waived Court Fees

1. The court waived court fees and costs in this action for *(name)*:

2. The person named in item 1 is *(check one below)*:
   a. ☐ not recovering anything of value by this action.
   b. ☐ recovering less than $10,000 in value by this action.
   c. ☐ recovering $10,000 or more in value by this action. *(If item 2c is checked, item 3 must be completed.)*

3. ☐ All court fees and court costs that were waived in this action have been paid to the court *(check one):* ☐ Yes  ☐ No

I declare under penalty of perjury under the laws of the State of California that the information above is true and correct.

Date: _____

▶

_____  _____
(TYPE OR PRINT NAME OF ☐ ATTORNEY ☐ PARTY MAKING DECLARATION)   (SIGNATURE)

**PROOF OF SERVICE**

**STATE OF CALIFORNIA, COUNTY OF ORANGE:**

I am employed in the county aforesaid; I am over the age of eighteen years and not a party to the within action; my business address is 4440 Von Karman Avenue, Suite 350, Newport Beach, CA 92660

On December 20, 2022, I served the within **REQUEST FOR DISMISSAL** on the interested parties in this action by attaching to an email a true copy thereof, addressed as follows:

SNELL & WILMER
600 Anton Boulevard, Suite 1400
Costa Mesa, CA 92626
Tel: (714) 427-7509
Email: Snakamoto@swlaw.com
dhansen@swlaw.com
 mlmartinez@swlaw.com
Attorneys for Defendant, Walt Disney Parks and Resorts U.S., Inc.

[ ] **BY MAIL:** I am readily familiar with the business' practice for collection and processing of correspondence for mailing with the United States Postal Service. I know that the correspondence was deposited with the United States Postal Service on the same day this declaration was executed in the ordinary course of business. I know that the envelope was sealed and, with postage thereon fully prepaid, placed for collection and mailing on this date in the United States mail at Newport Beach, California.

[ ] **BY PERSONAL SERVICE:** I caused the above referenced document(s) to be hand delivered to the above-named person(s).

[ ] **BY FACSIMILE TRANSMISSION (C.C.P. § 1013(e); C.R.C. 2.306:** The document listed above was transmitted from fax number (949) 719-6881 to a fax machine maintained by the person on whom the document is served at the fax telephone number set forth on the attached Service List, on this date before 5:00 p.m., and a record of the transmission caused to be printed showing the date and time of the transmission, and that the transmission was reported as complete and without error.

[ ] **BY OVERNIGHT MAIL (C.C.P. § 1013( c)):** By following ordinary business practices for collection and processing of correspondence with said overnight mail service, the document listed above was placed in a sealed envelope addressed to the parties set forth on the attached Service List, and delivered to an authorized courier or driver authorized by the express service carrier, with delivery fees fully prepaid or provided for.

[✓] **BY ELECTRONIC MAIL: (C.C.P. § 1010.6; C.R.C. 2.251(a)(1)):** I caused the documents to be sent to the electronic notification addresses listed on the attached Service List. I did not receive, within a reasonable time after the transmission, any electronic message or other indication that the transmission was unsuccessful. My electronic notification address is Italy@rjinjurylaw.com.

I declare under penalty of perjury under the laws of the State of California that the above is true and correct. (C.C.P. § 2015.5). Executed on December 20, 2022, at Newport Beach, California.

1
2          *Italy Miranda*
           Italy Miranda
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28