# JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, SOUTHERN DIVISION

| | |
|---|---|
| ANDREA MALLUL, as the successor in interest to the Estate of JOANNE AGUILAR, deceased; ANDREA MULLUL, individually; and ZENOBIA HERNANDEZ, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>THE WALT DISNEY COMPANY, a Delaware Corporation; WALT DISNEY PARKS AND RESORTS U.S., INC., a Florida Corporation; DISNEYLAND INTERNATIONAL, a California Corporation; and DOES 1 through 100, inclusive,<br><br>  Defendants. | Case No.: 8:23-cv-00010-CJC-DFM<br>Hon. Cormac J. Carney<br><br>Dept.: 9B<br><br>*[Originally filed in Orange County Superior Court; Case No.: 30-2022-01292974]*<br><br>**ORDER DISMISSING PLAINTIFFS' FEDERAL CLAIMS AND TO REMAND REMOVED ACTION**<br><br>Complaint Filed: 11/18/2022<br>Removed: 01/04/2023 |

The Honorable Court, having considered the stipulation between the Parties, and good cause appearing therefor, hereby ORDERS as follows:

1. Plaintiffs' Fifth Cause of Action, "Negligence Per Se – Violation of ADA," is hereby DISMISSED, in its entirety, with prejudice.

2. With the federal claim now dismissed, the Action is hereby remanded to the jurisdiction of the Superior Court for the State of California, County of Orange.

IT IS SO ORDERED.

DATED: February 8, 2023

_____
Hon. Cormac J. Carney